**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MILTON EUCLIDES SEGURA APUNTE,** <br><br> ***Petitioner*,** <br><br> **v.** <br><br> **MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATION EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN, ERO EL PASO CAMP EAST MONTANA; TODD LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES,** <br><br> ***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-01341-LS** |

**ORDER FOR SERVICE**

Petitioner Milton Euclides Segura Apunte seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

of Texas. Respondents shall show cause by **May 19, 2026** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 12, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").